UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CHARLES SINGLETARY<br>922 Sixth Street, N.E.<br>Washington, D.C. 20002,<br><br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>One Judiciary Square<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br><br>NIKEITH GOINS<br>415 Fourth Street, S.W.<br>Washington, D.C. 20024<br><br>JOHN DOE<br>415 Fourth Street, S.W.<br>Washington, D.C. 20001<br><br>      Defendants. | Civil Action No. _____<br><br>CASE NUMBER 1:05CV02132<br>JUDGE: James Robertson<br>DECK TYPE: Civil Rights (non-employme)<br>DATE STAMP: 11/02/2005<br><br>JURY ACTION |

### NOTICE OF REMOVAL

The District of Columbia is a defendant in the case *Charles Singletary v. District of Columbia, et al.,* Civil Action No. 05-7470, now pending in the Superior Court of the District of Columbia. The District of Columbia was served with a copy of the Summons and Complaint on or about October 14, 2005.

Pursuant to 28 U.S.C. §§1441 and 1446, defendant District of Columbia removes the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint purportedly raise federal questions appropriate for resolution by this Court.

1

Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

*/s/ Patricia A. Jones*
PATRICIA A. JONES #428132
Chief, General Litigation Section IV
Civil Litigation Division

*/s/ George E. Rickman*
GEORGE E. RICKMAN #433298
Assistant Attorney General, D.C.
General Litigation Section IV
Civil Litigation Division
441 Fourth Street, Sixth Floor North
Washington, D.C. 20001
202-442-9840; 202-727-6295

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was mailed, postage prepaid, on November 2, 2005, to:

James Maloney, Esq.
MALONEY & MOHSEN, PLLC
4201 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20008

                                              GEORGE E. RICKMAN
                                              Assistant Attorney General, D.C.