UNITED STATES DISTRICT COURT
For the District of Columbia

| | | |
|---|---|---|
| CHARLES SINGLETARY | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-2132 JR |
| | : | |
| DISTRICT OF COLUMBIA, et al. | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

The Clerk of the Court will please note the appearance of the undersigned as counsel for the Plaintiff.

Respectfully submitted,

/s/
James Thomas Maloney #254102
Maloney & Mohsen PLLC
4201 Connecticut Avenue, NW
Suite 500
Washington, DC 20008-1163
Tel: 202-237-6800  Ext. 202
Fax: 202-966-5270
E-mail: verdict@verizon.net