UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES SINGLETARY,     :
             :
     Plaintiff,    :
             :
     v.       :   Civil Action No. 1:05CV2132 (JR)
             :
             :
THE DISTRICT OF COLUMBIA, et al., :
             :
     Defendants.  :

<u>JOINT MEET AND CONFER STATEMENT</u>

   Pursuant to L.Cv.R. 16.3, the parties to this action respectfully submit their joint meet and confer statement.

1.  This is an action under 42 U.S.C. § 1983, as well as the common law of the District of Columbia which seeks monetary damages for injuries purportedly suffered during a September 15, 2004, incident where the Plaintiff claims that he was falsely arrested and assaulted by officers of the Metropolitan Police of the District of Columbia. Defendants, who removed this action from the Superior Court of the District of Columbia, deny that plaintiff was falsely arrested, assaulted or that his civil rights were violated.

2.  The parties suggest that this matter be placed on the Standard Case Track. No dispositive motions have been filed to date. Defendants will likely move for summary judgment after the close of discovery.  Any amendments to the pleadings shall be done within thirty days of the entry of the scheduling order.

3.      At present, the parties are unaware of any other parties to be joined in this action. Whether some of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

4.      Plaintiff has no objection to the assignment of this case to a Magistrate Judge for all purposes. Defendants object to having this matter assigned to a Magistrate Judge for any purpose other than to resolve discovery disputes and/or for mediation.

5.      It is too early to determine if there is a realistic possibility of settling the case.

6.      Plaintiff is willing to engage in mediation at any time, including prior to the initiation of discovery. Defendants would request that any mediation follow the resolution of any dispositive motions.

7.      The parties propose that the deadline for dispositive motions should be at least thirty days after the conclusion of discovery.

8.      The parties have agreed to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

9.      The parties propose twenty-five interrogatories and five depositions per side. Depending upon the discovery requested, defendants may require a protective order for the disclosure of confidential information. The parties have not agreed to waive the one day/seven hour per deposition requirement.

10.    Pursuant to the Case Tracking Schedule typically followed by this Court, the parties propose that (i)  written discovery requests be exchanged not later than April  15, 2006, (ii) plaintiff's Rule 26(a)(2) expert witness report(s) be filed not later than April 15, 2006, (ii) defendants' initial expert witness report(s) be filed not later than May 29, 2006, and (v) discovery close on June 15, 2006.

11.    At this time, the parties do not believe that either trial or discovery should be bifurcated or managed in phases. However, defendants reserve the right to request bifurcation as the case develops.

12.    The parties propose that the pretrial conference be scheduled by the Court at least thirty (30) days after the resolution of any filed dispositive motion.  If no motion is filed, the parties request that the Pretrial Conference be scheduled forty-five (45) days after the close of discovery.

13.    The parties suggest that the trial date should be set at the pretrial conference.

14.    At this time, there are no other matters appropriate for inclusion in a scheduling order.

                    Respectfully submitted,


                    /S/
                    JAMES T. MALONEY #254102
                    Maloney & Mohsen PLLC
                    4201 Connecticut Avenue, N.W.
                    Suite 500
                    Washington, D.C. 20008-1163
                    Tel: (202) 237-6800  x202
                    Fax: (202) 966-5270

*Counsel For Plaintiff*


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General. D.C.
Civil Litigation Division

/S/
PATRICIA A. JONES #428132
Chief, General Litigation Section IV


/S/
GEORGE RICKMAN #433298
Assistant Attorney General
General Litigation Section IV
P.O. Box 14600
Washington, D.C. 20001
Tel: (202) 442-9840; (202) 727-6295
Fax: (202) 727-3625

*Counsel For Defendants*