UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES SINGLETARY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:05CV2132 (JR) |
| | : | |
| | : | |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendants. | : | |

SCHEDULING ORDER

Upon consideration of the parties proposed discovery schedule and the agreement of the parties, it is this _____ day of _____ 2006, and it is,

**ORDERED**: That each side shall have twenty-five interrogatories and five depositions per side. Depending upon the discovery requested, defendants may require a protective order for the disclosure or non-disclosure of confidential information.

**FURTHER ORDERED**: That written discovery requests be exchanged not later than April 15, 2006, plaintiff's Rule 26(a)(2) expert witness report(s) be filed not later than April 15, 2006, defendants' Rule 26(a)(2) expert witness report(s) be filed not later than May 29, 2006, and discovery shall close on June 15, 2006, and it is,

**FURTHER ORDERED:** That the parties may each conduct five (5) depositions per side and propose twenty-five interrogatories per side, and it is,

**FURTHER ORDERED:**  That dispositive motions shall be filed on or before July 17, 2006, and it is,

**FURTHER ORDERED:**  That if necessary, the Pretrial Conference shall be scheduled thirty (30) days after the ruling on any filed dispositive motion.  If no dispositive motion is filed, then the Pretrial Conference shall be scheduled no sooner than forty-five (45) days after the close of discovery, and it is,

**FURTHER ORDERED:**  That a trial date shall be scheduled at the Pretrial Conference.

So Ordered.

_____
JAMES ROBERTSON

United States District Judge