```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

CHARLES SINGLETARY,                :
                                   :
      Plaintiff,                  :
                                   :
  v.                               : Civil Action No. 05-2132 (JR)
                                   :
DISTRICT OF COLUMBIA, *et al.*,    :
                                   :
      Defendants.                 :

## ORDER

An initial scheduling conference was held in Chambers on February 15, 2006. It appears from the record that plaintiff's only federal claim is asserted against the individual defendants Goins and Doe and not against the District of Columbia. There is no record of personal service upon either Goins or Doe. Neither Goins nor Doe is represented by counsel for the District of Columbia. It appears that this Court lacks subject matter jurisdiction of the case, and it is accordingly by the Court <u>sua sponte</u>

    **ORDERED** that the case be **remanded to Superior Court for the District of Columbia**.

 

                                      JAMES ROBERTSON
                          United States District Judge